# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL DONOVAN,<br><br>               Petitioner,<br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>               Respondents. | Case No. 3:20-cv-00680-MMD-WGC<br><br>ORDER |

    Counsel for Petitioner Michael Donovan has notified the Court of Mr. Donovan's death. (ECF No. 4.) Petitioner's death extinguishes his claims for relief, so this habeas action is dismissed as moot. The Clerk of Court is directed to enter judgment accordingly and close this case.

    DATED THIS 11th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE